[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 2, 2008
THOMAS K. KAHN
CLERK

_____

No. 07-14654
Non-Argument Calendar

_____

D. C. Docket No. 07-00099-CR-T-23-TBM

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JUAN MAY-HERNANDEZ,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(June 2, 2008)**

Before TJOFLAT, DUBINA and PRYOR, Circuit Judges.

PER CURIAM:

Ryan Thomas Truskoski, counsel for Juan May-Hernandez, has filed a

motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because our independent review of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED** and May-Hernandez's convictions and sentences are **AFFIRMED.** May-Hernandez's motion for leave to file an untimely response, construed from his letter filed on April 4, 2008, is **DENIED.**